**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JOHN DEWAYNE CAWLEY,              )<br>    Plaintiff,                                  )<br>                                                  )<br>v.                                               )<br>                                                  )<br>CAROLYN W. COLVIN, Acting    )<br>Commissioner,                               )<br>Social Security Administration,       )<br>    Defendant.                                ) | **Case No. 4:12-CV-00626 JTK** |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 5th day of February, 2014.

_____
United States Magistrate Judge